IN THE CIRCUIT COURT OF CRITTENDEN COUNTY, ARKANSAS
CIVIL DIVISION

JACKIE RENEA CARR                                                                    PLAINTIFF

VS.                              CASE NO. 18CV-22-506

TRI-NATIONAL, INC.
AND JUAN MANUEL RAMOS                                                    DEFENDANTS

## COMPLAINT

Comes now the Plaintiff, Jackie Renea Carr, by and through her attorney, Sheila F. Campbell, and for her Complaint states:

### I.   PARTIES

1. Plaintiff, Jackie Renea Carr is a resident of Wilson, Mississippi County, Arkansas at all times pertinent to this cause of action.

2. That Defendant TRI-NATIONAL, INC. is a foreign for-profit corporation duly incorporated in the State of Missouri but was operating a motor vehicle on the highways of the State of Arkansas at all times pertinent to this cause of action.

3. That Defendant, Juan Manuel Ramos is a resident of Texas at all times pertinent to this cause of action was operating a motor vehicle on the highways of the State of Arkansas in the course and scope of his employment or agency for the Defendant TRI-NATIONAL, INC.

4. That the agent for service for TRI-NATIONAL, INC. is CSC-LAWYERS INCORPORATING SERVICE COMPANY, 221 Bolivar Street, Jefferson City, MO. 65101.

**EXHIBIT 1**

1

## II. JURISDICTION AND VENUE

5. Crittenden County Circuit Court has jurisdiction of this cause of action pursuant to Ark. Code Ann. δ 16-13-201 and venue is proper in Crittenden County, Arkansas.

## III. CAUSE OF ACTION

6. Plaintiff realleges and incorporate herein by reference all allegations set forth in all of the paragraphs 1 through 5 as though set forth word for word herein.

7. Defendant, TRI-NATIONAL, INC. is a foreign for-profit corporation duly incorporated in the State of Missouri but was operating a motor vehicle, specially an 18-wheeler truck, on Interstate 55 Hwy N in Crittenden County, Arkansas on April 21, 2022, that collided with the Plaintiff's vehicle.

8. That Defendant, Juan Manuel Ramos, was always a resident of Texas pertinent to this cause action but was operating a tractor trailer truck owned by the Defendant TRI-NATIONAL, INC. on April 22, 2022, when he collided with the vehicle driven by the Plaintiff.

9. That Defendant, Juan Manuel Ramos, is a professional tractor trailer operator and was under a contract to operate an 18-wheeler truck for Defendant TRI-NATIONAL, INC. on April 22, 2022, in the course and scope of his employment or agency with Defendant TRI-NATIONAL, INC., which collided with the vehicle owned or operated by the Plaintiff, Jackie Renea Carr on 55 Hwy N in Crittenden County, Arkansas.

10. That Plaintiff, Jackie Renea Carr, entered the construction zone on Interstate 55 Hwy N in Crittenden County, Arkansas on April 22, 2022, and as the traffic lanes were reduced to a single lane she was struck on the rear quarter panel of her vehicle by Defendant, Juan Manuel Ramos, acting in the course and of his employment with Defendant, TRI-NATIONAL, INC.

11. That Defendant, Juan Manuel, knew or should have known that the Plaintiff, Jackie Jackie Renea Carr who was traveling ahead of him on Interstate 55 Hwy N in Crittenden County, Arkansas on April 22, 2022, had the superior right-a-way.

12. That Defendant, Juan Manuel Ramos admitted that he did not see the Plaintiff, though there was no obstruction to his vision when he had allowed another vehicle in front of the Plaintiff to merge into the single lane construction lane.

13. That as a result of the negligence of the Defendants, the Plaintiff, Jackie Renea Carr, sustained personal injuries as a result of negligence of the Defendants in failing to yield the right-of-way.

14. That the Defendants, and Tri-National, Inc. and Juan Manuel Ramos, were negligent in the operation of the motor vehicle driven on April 22, 2022, in the following manner:

   a. Defendant failed to keep a proper lookout.

   b. Defendant failed to yield the right-a-way to the Plaintiff.

   c. Defendant failed to maintain control of her vehicle.

   d. Defendant was driving in a willful and wanton disregard for the safety of persons and property of the Plaintiffs.

15. As a direct and proximate cause of the Defendants' negligence, the Plaintiffs sustained bodily injuries, to her cervical spine, and her lumber spine.

16. As a direct and proximate cause of the Defendant's negligence, the Plaintiff, sustained immediate personal injuries. These injuries resulted in the need for emergency room treatment, and physical therapy in order for her to recover. During this time, she was unable to work and had reduced mobility while living in continual pain.

17. As a direct and proximate cause of the Defendant's negligence, Plaintiff, incurred medical expenses in the approximate amount of $10,000.00.

18. As a direct and proximate cause of the Defendant's negligence, Plaintiff, s incurred property damage in the approximate amount of $3,000.00.

19. As a direct and proximate cause of the negligence of the Defendant, the Plaintiff, suffered past pain and suffering and is expected to suffer future pain and suffering in the amount of $50,000.00.

20. That Defendant, Juan Manuel Ramos, at the time of the accident on April 22, 2022, and at all times pertinent to this incident, was driving a motor vehicle owned by Defendant, TRI-NATIONAL, INC. and was acting within the course and scope of his authority, agency and or employment for Defendant, TRI-NATIONAL, INC. and all acts of negligence by Juan Manuel Ramos are imputed to Defendant, TRI-NATIONAL, INC.

21. That Plaintiffs reserve the right to amend her Complaint pursuant to the Arkansas Rules of Civil Procedure.

22. Plaintiffs request that this matter be submitted to a jury trial.

**WHEREFORE**, Plaintiff, Jackie Rena Carr, prays that she be awarded compensatory damages against the Defendants, TRI-NATIONAL, INC. and Juan Manuel Ramos in the amount that exceeds the jurisdictional amount for federal diversity cases and in an amount to be proven in the trial of this matter; for costs, attorney's fees and for all other relief to which they may be legally entitled.

Respectfully submitted,

/s/ Sheila F. Campbell

Sheila F. Campbell(83-239)

Attorney at Law
2510 Percy Machin Dr.
North Little Rock, AR 72114
(501) 374-0700(office)
(501) 766-0555(cell)
campbl@sbcglobal.net