IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JACKIE RENEA CARR**                                                                            **PLAINTIFF**

v.                      **Case No. 2:22-cv-148-BSM**

**TRI-NATIONAL, INC.**
**and JUAN MANUEL RAMOS, JR**                                **DEFENDANTS**

**JOINT MOTION FOR MAGISTRATE'S SETTLEMENT CONFERENCE**

Plaintiff Jackie Renea Carr and Defendants Tri-National, Inc. and Juan Manuel Ramos, Jr., for their Motion for Magistrate's Settlement Conference, state:

1. This case is currently set for trial to begin the week of June 24, 2024.

2. The parties believe that a settlement conference before a United States Magistrate Judge might facilitate resolution of this case. They therefore request that the court refer the matter to a United States Magistrate Judge to set a settlement conference as soon as reasonably possibly.

WHEREFORE Plaintiff Jackie Renea Carr and Defendants Tri-National, Inc. and Juan Manuel Ramos, Jr., request that their joint motion be granted and that the matter be set for a Magistrate Judge's Settlement Conference as expeditiously as possible.

                                                 Respectfully submitted,

                                                 Ms. Sheila F. Campbell (83239)
                                                 Attorney at Law
                                                 2510 Percy Machin Dr.
                                                 North Little Rock, AR 72114
                                                 campbl@sbcglobal.net

                                                 *Attorney for Plaintiff*

3118469-v1

                                              Gregory T. Jones (83097)
                                              WRIGHT, LINDSEY & JENNINGS LLP
                                              200 West Capitol Avenue, Suite 2300
                                              Little Rock, AR  72201-3699
                                              (501) 371-0808
                                              FAX: (501) 376-9442
                                              E-Mail: gjones@wlj.com

                                              *Attorneys for Defendants*
                                              *Tri-National, Inc., and Juan Manuel Ramos*

3118469-v1