IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JACKIE RENEA CARR**                                                      **PLAINTIFF**

v.                       **CASE NO. 2:22-CV-00148-BSM**

**TRI-NATIONAL, INC.** and
**JUAN MANUEL RAMOS, JR.**                                      **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 19th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE